1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD SEALY,                          Case No.  2:19-cv-01205-JAM-JDP (PC)

12                    Plaintiff,           ORDER GRANTING DEFENDANTS'
                                           MOTIONS TO MODIFY THE SCHEDULING
13          v.                             ORDER AND DENYING PLAINTIFF'S
                                           MOTION TO MODIFY THE SCHEDULING
14   AVILA, *et al.*,                      ORDER

15                    Defendants.          ECF Nos. 38, 40, 42, & 43

16                                         ORDER DIRECTING PLAINTIFF TO FILE
                                           AN OPPOSITION OR STATEMENT OF
17                                         NON-OPPOSITION TO DEFENDANTS'
                                           MOTIONS FOR SUMMARY JUDGMENT
18
                                           RESPONSE DUE WITHIN TWENTY-ONE
19                                         DAYS

20

21

22          Plaintiff is proceeding without counsel in this civil rights action brought under 42 U.S.C.

23   § 1983.  Several motions are currently pending before the court, five of which are addressed

24   herein.

25          Plaintiff has filed a motion that appears to request that the discovery deadline be extended

26   so that he can depose defendants Avila and Giardino.  ECF No. 38.  A court may modify its

27   scheduling order only upon a showing of good cause. Fed. R. Civ. P. 16(b)(4).  In determining

28   whether good cause exists, courts primarily consider the moving party's diligence. *Johnson v.*

                                            1

1  *Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992).  Thus, the "court may modify the

2  pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the

3  extension." *Id*.  Plaintiff provides no explanation as to why he was unable to complete Avila and

4  Giardino's depositions before the close of discovery.  He also has not shown that is able to cover

5  the expenses for the depositions.  *See* Fed. R. Civ. P. Rule 30(c)(3); *Griffin v. Johnson*, 2016 WL

6  4764670, at *2 (E.D. Cal. Sept. 12, 2016) ("Plaintiff's *in forma pauperis* status also does not

7  entitle him to a waiver of any of the costs associated with this form of deposition; instead, he

8  must pay the necessary deposition officer fee, court reporter fee, and costs for a transcript.").  I

9  will deny the motion without prejudice.

10      Defendants also have moved to modify the scheduling order so as to extend the deadline

11  for filing dispositive motions.  ECF Nos. 40, 42, & 43.  Good cause appearing, I will grant

12  defendants' motions and deem their motions for summary judgment timely.  ECF Nos. 41 & 44.

13  Plaintiff is directed to file an opposition or non-opposition to defendants' motions for summary

14  judgment within twenty-one days of this order.

15      Accordingly, it is hereby ORDERED that:

16      1. Plaintiff's motion to modify the scheduling order, ECF No. 38, is denied.

17      2. Defendants' motions to modify the scheduling order, ECF Nos. 40, 42, & 43, are

18  granted.

19      3. Defendants Amarillas, Herr, Rocke, and Simmons' motion for summary judgment,

20  ECF No. 41, and defendants Avila and Giardino's motion for summary judgment, ECF No. 44,

21  are deemed timely.

22      4. Plaintiff shall file an opposition or statement of non-opposition to defendants' motions

23  for summary judgment, ECF Nos. 41 & 44, within twenty-one days of this order.

24

25  IT IS SO ORDERED.

26

27  Dated:   June 6, 2022                              _____

28                                                      JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE