UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SEALY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVILA, *et al.*,<br><br>　　　　Defendants. | Case No.  2:19-cv-01205-JAM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>ECF Nos. 41, 44, & 45<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　　Plaintiff previously filed a motion to modify the scheduling order, ECF No. 40, and, shortly thereafter, defendants filed motions for summary judgment, ECF Nos. 41 & 44.  On June 7, 2022, I denied plaintiff's motion to modify the scheduling order and directed him to file, by no later than June 28, 2022, either an opposition or a statement of non-opposition to defendants' motions.  ECF No. 45.  To date, plaintiff has not complied with that order.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines.  The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to

1

administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to timely file an opposition or statement of non-opposition to defendants' motions. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and for failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall, within fourteen days, file an opposition or statement of opposition to defendants' motions.

IT IS SO ORDERED.

Dated:    July 8, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2